UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
*ex rel.*, Beverly Shirley,

    Plaintiffs,

v.                              Case No.: 2:19-cv-596-SPC-KCD

BRONSON MEDICAL, LLC,
NOVA HEALTH PARTNERS, LLC,
and CLINICAL LAB SOLUTIONS,
LLC,

    Defendants.
_____/

## OPINION AND ORDER

The United States having intervened in this action for purposes of settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

It is **ORDERED** that:

1. the relator's Complaint (Doc. 1), the Government's Notice of Intervention (Doc. 49), and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record